**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Daniel WOODS, Defendant—Appellant.**

**No. 08–8602.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 23, 2009.

Decided: May 4, 2009.

Daniel Woods, Appellant Pro Se. Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Woods appeals the district court's order denying his motion for reconsideration of the denial of his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Woods,* No. 3:05–cr–00025–JPB–JES–1 (N.D.W.Va. Dec. 8, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*